# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHMAT KHAN, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | : | NO. 23-2132 |
| Defendant. | : | |

## ORDER

AND NOW, this 12th day of December, 2023, upon consideration of Plaintiff's Notice of Voluntary Dismissal (ECF No. 10), it is hereby **ORDERED** that this action is **DISMISSED without PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**